JAMES J. BINGHAM, PLAINTIFF-APPELLANT, v. DEPART-
MENT OF CIVIL SERVICE OF THE STATE OF NEW
JERSEY, HYMEN SIEGENDORF AND SIDNEY ZISLIN,
DEFENDANTS-RESPONDENTS.

Argued June 3, 1963—Decided June 10, 1963.

*Mr. Max A. Boxer* argued the cause for appellant.

*Mr. William L. Boyan* argued the cause for respondent,
Department of Civil Service (*Mr. Arthur J. Sills,* Attorney
General, attorney).

*Mr. Martin Klughaupt* argued the cause for respondents,
Hymen Siegendorf and Sidney Zislin.

The opinion of the court was delivered

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Gaulkin in the Appellate
Division, 77 *N. J. Super.* 459.

*For affirmance* — Chief Justice WEINTRAUB, and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.